# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00062-BLW |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER |
| ANTHONY WILLIAM DUNN, | |
| Defendant. | |

Based upon the Stipulation for Protective Order (Dkt. 15) filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation (Dkt. 15) is GRANTED and discovery shall be limited, pursuant to Federal Rule of Criminal Procedure 16(d), as follows:

1.    The Government will provide the recordings identified by bates # 000047 and 000048, to Defense Counsel. Defense Counsel is prohibited from copying and/or disseminating the recordings to any person or entity, other than Defense Counsels' employees, investigators, or agents. Defense Counsels' employees, investigators, or agents, shall also not provide the recordings or any copies thereof to any other persons.

2.    Defendant may review the recordings identified by bates # 000047 and

000048, while in Defense Counsel's possession. The recordings will remain in Defense Counsel's possession and a copy will not be provided to defendant or other persons, except as provided herein. Defendant shall not maintain possession of the recordings.

DATED: April 23, 2018

B. Lynn Winmill
Chief Judge
United States District Court